FILED
Friday, 30 July, 2004  08:56:56 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Michael Tolbert** )  | | WRIT OF HABEAS CORPUS |
| Plaintiff ) | | AD TESTIFICANDUM |
| ) | | |
| **vs** ) | | |
| ) | | **CASE NO. 04-1256** |
| **G. Gerberding, etal** ) | | |
| Defendant ) | | |

**TO:  THE WARDEN of** Pontiac Correctional Center  at Pontiac, IL..

  **WE COMMAND** that you produce the body of **Michael Tolbert**,  Register No. **N-03507**, who is in your custody at Pontiac Correctional Center  before the United States District Court on **9/29/04 at 9:15am** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

  **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

  DATED:  7/30/04

            JOHN M. WATERS, CLERK
            UNITED STATES DISTRICT COURT

            BY: s/ H. Kallister
               Deputy Clerk