E-FILED
Friday, 03 September, 2004 10:40:05 AM
U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MICHAEL TOLBERT,** ) | | **WRIT OF HABEAS CORPUS** |
| Plaintiff ) | | **AD TESTIFICANDUM** |
| ) | | |
| **vs** ) | | |
| ) | | **CASE NO. 04-1256** |
| **SHERRY HILE, ET AL.,** ) | | |
| Defendant ) | | |

**TO:  THE WARDEN of** PINCKNEYVILLE CORR CENTER at PINCKNEYVILLE, IL.

      **WE COMMAND** that you produce the body of **MICHAEL TOLERT**, Register No. **N03507**, who is in your custody at PINCKNEYVILLE CORR CENTER before the United States District Court on **MONDAY, SEPT. 27, 2004 AT 11:00 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

      DATED:  SEPT. 3, 2004

                                                JOHN M. WATERS, CLERK
                                                UNITED STATES DISTRICT COURT

                                                BY: s/K. Wynn
                                                   Deputy Clerk