E-FILED
Friday, 15 October, 2004 11:45:03 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

MICHAEL TOLBERT #N-03507
  Plaintiff
v.
MR. G. GERBERDING #3066
MS. SHERRYHILE
  Defendants

CASE NO. 04CV01256 HAB-JAG

FILED
OCT 15 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## RENEW MOTION FOR APPOINTMENT OF COUNSEL

1. I, Michael Tolbert, am the Plaintiff in the above entitled proceeding, and I am unable to afford the services of an attorney. I ask the court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I state that I, Plaintiff have made the following attempts to retain attorney Melissa C. Brown, who is court appointed in case Tolbert v. Briley #04C1812 in the United States District Court for the Northern District of Illinois, and attorney Vincent M. Roche.

3. In further support of my motion, I declare I am not currently, nor previously have I been, represented by an attorney appointed by this court in this or any other civil or criminal proceedings pending before this court.

4. In further support of my motion, I declare that I have previously filed an application to proceed in forma pauperis with this case; The information contained therein remains a true and correct representation of my financial status.

1 of 2

5.                    AFFIDAVIT

I, Michael Tolbert, Plaintiff in this attached motion for appointment of Counsel states as follows in support of this motion for appointment of counsel.

A) The Law Library here at Pinckneyvilley C.C. is not up to date, a lot of legal information have to come from Menard C.C. back to Pinckneyville C.C. and all the Paralegal inmates are in Segregation.

B) This case involves Administrative Directives etc as well as information that Plaintiff does not have access to that's in the master file of the Defendants who have made clear that Plaintiff can't have access to which will show that the Defendants conduct was willful and Deliberately done in Retaliation for Plaintiff exercise his first amendment Right to file a Grievance.

C) This appointment of Counsel is further needed so that he may interview staff and inmates at Pontiac C.C. segregation unit who has Relevant facts to support my claim which is IMPOSSIBLE for Plaintiff to do.

D) Plaintiff is not a paralegal and believe he is not able to defend this case against appointed attorney General office on behalf of Defendant's.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 28 DAY September 2004.

_____
NOTARY

OFFICIAL SEAL
COLLEEN A. BRUNNING
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. 09-20-2006

_____
Michael Tolbert-El
AFFIANT

2 OF 2

IN THE
<u>UNITED STATE DISTRICT</u>
<u>COURT CENTRAL DISTRICT</u>
<u>OF ILLINOIS</u>

<u>MICHAEL TOLBERT #N-03507</u> )
Plaintiff )
) Case No. <u>04-1256</u>
v. )
)
)
<u>MR. G. GERBERDING #3066 et al</u> )
Defendant

---

## PROOF/CERTIFICATE OF SERVICE

TO: <u>JUDGE HAROLD A. BAKER</u>
<u>309 U.S. Courthouse</u>
<u>100 N.E. Monroe Street</u>
<u>Peoria, Illinois 61602</u>

PLEASE TAKE NOTICE that on <u>October 12</u>, 20<u>04</u>, I have filed with the U.S. Mail through the <u>Pinckneyville</u> Correctional Center the following documents, properly addressed to the parties above: <u>Renew motion for appointment of Counsel</u>.

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: <u>10-12-04</u>

/s/ <u>Michael Tolbert</u>
NAME: <u>Michael Tolbert</u>
IDOC#: <u>N-03507</u>
<u>Pinckneyville</u> Correctional Center
P.O. BOX <u>999</u>
<u>Pinckneyville</u>, IL <u>62274</u>