E-FILED
Tuesday, 19 October, 2004  09:45:54 AM
Clerk, U.S. District Court, ILCD

# United States District Court

_Central_ DISTRICT OF _Illinois_

Michael Tolbert

v.

Ms. Sherry Hile

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1256

TO: (Name and address of defendant)

Ms. Sherry Hile, Chairperson of the
Administrative Review Bd
1301 Concordia Court
PO Box 19277
Springfield IL 62794-9277

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Tolbert
N-03507
PNKCC
PO Box 2099
Pinckneyville IL 62274

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

/s/ John M. Waters                    10/18/04
**CLERK**                              **DATE**

/s/ K. Burns
**(BY) DEPUTY CLERK**

# United States District Court

__Central__ DISTRICT OF __Illinois__

Michael Tolbert

v.

G. Gerberding, Officer #3066

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1256

TO: (Name and address of defendant)

G. Gerberding, Officer #3066
Pontiac Correctional Center
PO Box 99
Pontiac IL 61764

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Tolbert N-03507
PNKCC
PO Box 2099
Pinckneyville, IL 62274

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

/s/ John M. Waters
**CLERK**

10/18/04
**DATE**

/s/ M. Burns
**(BY) DEPUTY CLERK**