E-FILED
Friday, 19 November, 2004 03:23:04 PM
Clerk, U.S. District Court, ILCD

FILED
NOV 1 9 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: 11-12-04

TO: s/H. Kallister Deputy Clerk
FROM: Mr. Michael Tolbert N-03507
RE: Michael Tolbert v. G. Gerberding et, al  # 04-1256

Dear H. Kallister

I am writing you to inform you that I have been transferred from Pinckneyville Correctional Center to Stateville Correctional Center, P.O. Box-112, Joliet, Illinois 60434.

So please notify the Judge and your records.

I have not been given access to my Legal papers since the transfer on 10-27-04. Therefore i am just writing a brief letter. Thanking you in advance for your time in this matter.

Michael Tolbert

04-1256

**FILED**

NOV 19 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

"NEW ADDRESS"

MICHAEL TOLBERT # N-03507
STATEVILLE CORRECTIONAL CENTER
P.O. Box - 112
Joliet, Il 60434