# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Michael Tolbert N-03507** <br> Plaintiff | ) <br> ) <br> ) | **WRIT OF HABEAS CORPUS** <br> **AD TESTIFICANDUM** |
| **vs** | ) <br> ) | **CASE NO. 04-1256** |
| **G. Gerberding, et al.** <br> Defendant | ) <br> ) | |

**TO: THE WARDEN of** Stateville Correctional Center at Joliet, IL.

    **WE COMMAND** that you produce the body of **Michael Tolbert**, Register No. **N-03507**, who is in your custody at **1:30 PM** before the United States District Court on **January 24, 2004** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 12/3/04

                                        JOHN M. WATERS, CLERK
                                        UNITED STATES DISTRICT COURT

                                        BY: _/s/ K. Burns_____
                                            Deputy Clerk