UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL TOLBERT,
    Plaintiff,

vs.                              04-1256

G. GERBERDING,
    Defendant.

CASE MANAGEMENT ORDER

The court shall abide by the following scheduling deadlines:

1) all discovery in this case is to be completed by Monday, July 25, 2005;

2) any dispositive motions shall be filed on or before Monday, August 29, 2005;

3) a final pretrial is scheduled for video conference on Monday, October 17, 2005 at 1:30 p.m. The clerk is directed to issue a writ for the parties participation in the video conference.

4) The defendants are reminded that they bear the responsibility for the initial preparation of the pretrial order. The final pretrial order shall be received by the clerk of the court on or before Thursday, October 13, 2005.

ENTERED this 20th day of January, 2005.

**s\Harold A. Baker**

_____

HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE