E-FILED
Monday, 24 January, 2005  11:38:04 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICHAEL TOLBERT #N-03507, | ) |
| Plaintiff, | ) |
| v. | ) No. 04-1256 |
| MR. G. GERBERDING #3066 | ) |
| MS. SHERRY HILE | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Now Comes Lisa Madigan, Attorney General of the State of Illinois, by Carrie K. Lacey, Assistant Attorney General, State of Illinois, hereby enters his/her appearance on behalf of defendants DALE GERBERDING and SHERRY HILE in the above cause.

Respectfully submitted,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

Carrie K. Lacey, #6283318
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
(217) 557-0261
    Of Counsel.

By:   s/Carrie K. Lacey
      Carrie K. Lacey
      Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICHAEL TOLBERT #N-03507, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-1256 |
| | ) |
| | ) |
| MR. G. GERBERDING #3066 | ) |
| MS. SHERRY HILE | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2005, I electronically filed a Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on January 24, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Tolbert, #N03507
Stateville Correctional Center
Route 53, P.O. Box 112
Joliet, IL 60434

Respectfully submitted,
s/Carrie K. Lacey
Carrie K. Lacey, #6283318
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
clacey@atg.state.il.us