E-FILED
Friday, 23 September, 2005  01:33:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS PEORIA DIVISION

MICHAEL TOLBERT # N-03507
Plaintiff

v.

MR. G. GERBERDING # 3066
MS. SHERRY HILE
Defendants

NO. 04-1256

FILED
SEP 2 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR EXTENSION OF TIME

NOW COMES Michael Tolbert, Pro-Se and ask this Honorable court for an Extension of Time and state as follows.

1. This institution was placed on level (1) lockdown on 8-31-05 for a major shakedown which lasted until 9-6-05.

2. On 9-14-05 This unit-D House was placed on Lockdown again because of an inmate Death.

3. On 9-20-05 Today Plaintiff attempted to go to the Law Labrary but it was close do to the Rain.

4. Plaintiff made a Request with the law Library to provide us with the cases cited by the Defendants but Plaintiff have yet to Receive them.

5. Plaintiff is asking this Honorable court for a 20 days Extension of time to Respond to the Defendant motion for summary Judgment.

Thanking you in advance for your time in this matter.

Michael Tolbert