# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Michael Tolbert**

vs.  Case Number: **04-1256**

**G. Gerberding, et al.**

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants. Parties to bear their own costs.

ENTER this 8th day of March, 2006

/s/ John M. Waters
JOHN M. WATERS, CLERK

/s/ K. Burns
_____
BY: DEPUTY CLERK